**DISMISS and Opinion Filed August 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01314-CV

**ROBERT THOMAS, A TRUSTEE OF THE ROBERT K. THOMAS TRUST, THE TABATHA D. THOMAS EXEMPT TRUST, THE TABATHA D. THOMAS GST-EXEMPT TRUST A, THE ROBERT T. THOMAS EXEMPT TRUST, THE ROBERT T. THOMAS GST-EXEMPT TRUST A, THE TIERNEY G. THOMAS EXEMPT TRUST, THE TIERNEY G. THOMAS GST-EXEMPT TRUST A, THE TYLER J. THOMAS EXEMPT TRUST, AND THE TYLER J. THOMAS GST-EXEMPT TRUST A, Appellant**

**V.**

**462 THOMAS FAMILY PROPERTIES, LP, 462 THOMAS FAMILY PROPERTIES MANAGEMENT, LLC, DONALD T. CONLON, ROBYN THOMAS CONLON, INDIVIDUALLY, AS EXECUTOR OF THE ESTATE OF HOWARD GILLIS THOMAS, DECEASED, AND AS TRUSTEE OF THE ROBYN THOMAS CONLON TRUST, THE KEVIN T. CONLON EXEMPT TRUST, THE KEVIN T. CONLON GST-EXEMPT TRUST A, THE PATRICK C. CONLON EXEMPT TRUST, THE PATRICK C. CONLON GST-EXEMPT TRUST A, THE WILLIAM K. CONLON EXEMPT TRUST, AND THE WILLIAM K. CONLON GST-EXEMPT TRUST A, Appellees**

On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-10-00877-1

## MEMORANDUM OPINION
Before Justices Bridges, Brown, and Nowell
Opinion by Justice Bridges

We **REINSTATE** this appeal.

This appeal involves a dispute over the estate of Howard Gillis Thomas, Deceased. We

initially abated this appeal on October 5, 2016 pending the resolution of a related appeal of the

denial of a petition for bill of review. *See Thomas v. 462 Thomas Family Properties, LP*, 559

S.W.3d 634 (Tex. App.—Dallas 2018, pet. denied). This Court reversed the trial court's judgment with respect to the dismissal of the equitable bill of review proceeding and remanded the case to the trial court for further proceedings. *Id*. at 645. By order dated July 2, 2019, the Court continued the abatement of this appeal pending resolution in the trial court of the bill of review proceeding.

Before the Court is appellant's unopposed motion to lift the abatement and dismiss this appeal. Appellant informs the Court that he no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

151314F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT THOMAS, A TRUSTEE OF THE ROBERT K. THOMAS TRUST, THE TABATHA D. THOMAS EXEMPT TRUST, THE TABATHA D. THOMAS GST-EXEMPT TRUST A, THE ROBERT T. THOMAS EXEMPT TRUST, THE ROBERT T. THOMAS GST-EXEMPT TRUST A, THE TIERNEY G. THOMAS EXEMPT TRUST, THE TIERNEY G. THOMAS GST-EXEMPT TRUST A, THE TYLER J. THOMAS EXEMPT TRUST, AND THE TYLER J. THOMAS GST-EXEMPT TRUST A, Appellant

No. 05-15-01314-CV        V.

462 THOMAS FAMILY PROPERTIES, LP, 462 THOMAS FAMILY PROPERTIES MANAGEMENT, LLC, DONALD T. CONLON, ROBYN THOMAS CONLON, INDIVIDUALLY, AS EXECUTOR OF THE ESTATE OF HOWARD GILLIS THOMAS, DECEASED, AND AS TRUSTEE OF THE ROBYN THOMAS CONLON TRUST, THE KEVIN T. CONLON EXEMPT TRUST, THE KEVIN T. CONLON GST-EXEMPT TRUST A, THE PATRICK C. CONLON EXEMPT

On Appeal from the Probate Court No. 1, Dallas County, Texas
Trial Court Cause No. PR-10-00877-1.
Opinion delivered by Justice Bridges.
Justices Brown and Nowell participating.

TRUST, THE PATRICK C. CONLON
GST-EXEMPT TRUST A, THE
WILLIAM K. CONLON EXEMPT
TRUST, AND THE WILLIAM K.
CONLON GST-EXEMPT TRUST A,

Appellees

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees 462 THOMAS FAMILY PROPERTIES, LP, 462 THOMAS FAMILY PROPERTIES MANAGEMENT, LLC, DONALD T. CONLON, ROBYN THOMAS CONLON, INDIVIDUALLY, AS EXECUTOR OF THE ESTATE OF HOWARD GILLIS THOMAS, DECEASED, AND AS TRUSTEE OF THE ROBYN THOMAS CONLON TRUST, THE KEVIN T. CONLON EXEMPT TRUST, THE KEVIN T. CONLON GST-EXEMPT TRUST A, THE PATRICK C. CONLON EXEMPT TRUST, THE PATRICK C. CONLON GST-EXEMPT TRUST A, THE WILLIAM K. CONLON EXEMPT TRUST, AND THE WILLIAM K. CONLON GST-EXEMPT TRUST A recover their costs of this appeal from appellant ROBERT THOMAS, A TRUSTEE OF THE ROBERT K. THOMAS TRUST, THE TABATHA D. THOMAS EXEMPT TRUST, THE TABATHA D. THOMAS GST-EXEMPT TRUST A, THE ROBERT T. THOMAS EXEMPT TRUST, THE ROBERT T. THOMAS GST-EXEMPT TRUST A, THE TIERNEY G. THOMAS EXEMPT TRUST, THE TIERNEY G. THOMAS GST-EXEMPT TRUST A, THE TYLER J. THOMAS EXEMPT TRUST, AND THE TYLER J. THOMAS GST-EXEMPT TRUST A.

Judgment entered August 19, 2019